Case 4:25-cv-03286   Document 7   Filed on 10/15/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Luis Dario Mejia Rivas, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 4:25-cv-03286 |
| Angelica Alfonso-Royals, Director, U.S. Citizenship and Immigration Services; and Kristi Noem, Secretary, Department of Homeland Security, | § § § § § | |
| *Defendants.* | § § | |

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

On this day come to be considered Plaintiff Luis Dario Mejia Rivas's Unopposed Motion for Continuance in response to the Court's Order dated July 16, 2025 [Dkt. 3] scheduling an Initial Pretrial and Scheduling Conference in the above-referenced action. The Court after considering the same is of the opinion that said Motion should be GRANTED. It is therefore:

ORDERED that the Initial Pretrial and Scheduling Conference in the above-referenced action is hereby continued to __December 18, 2025__, 2025, at __10:30 AM__. At least 14 days before such date, the parties shall file a joint case management plan listing the identities and purposes of witnesses, sources and types of documents, and other requirements for a prompt and inexpensive preparation of this case for disposition by motion or trial.

_____ U.S.M.J.
The Honorable Judge of this Court

1