# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Luis Dario Mejia Rivas, § § *Plaintiff*, § § v. § § Angelica Alfonso-Royals, Director, § U.S. Citizenship and Immigration § Services; and Kristi Noem, Secretary, § Department of Homeland Security, § § *Defendants*. § | Case No. 4:25-cv-03286 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Luis Dario Mejia Rivas hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice, without a court order. Defendants have not filed an answer or a motion for summary judgment in this matter.

Dated: December, 2025

Respectfully submitted,

/s/ *Alyx E. Eva*
Chelsea R. Teague
State Bar No. 24088339
(admission application to be submitted)
Alyx E. Eva
State Bar No. 24116334
Federal ID No. 3544812
845 Texas Avenue, Suite 4700
Houston, Texas 77002-2947
Tel.: +1.713.758.2565
Fax: +1.713.615.5224
cteague@velaw.com
aeva@velaw.com

*Pro Bono Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that, on December 17, 2025, a true and correct copy of the foregoing document was filed and served by the Electronic Case Filing System for the United States District Court for the Southern District of Texas on those parties registered to receive electronic notice.

                                             /s/ *Chelsea R. Teague*
                                             Chelsea R. Teague