**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Luis Dario Mejia–Rivas | § § | |
| *versus* | § § | Case Number: 4:25–cv–03286 |
| Angelica Alfonso–Royals, et al. | § | |

## Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Initial Conference

    Date and Time: 12/18/2025 at 10:30a

Date: December 17, 2025

                                                                                            Nathan Ochsner, Clerk